8:24 AM
01/20/16
Cash Basis

## JOBOS INC
## Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Regions Bank 5429 | 6,906.89 |
| **Total Checking/Savings** | 6,906.89 |
| **Other Current Assets** | |
| ATM Deposit | 8,782.31 |
| Credit Cards on Hand | 3,436.75 |
| Inventory | |
| Liquor | 18,979.26 |
| Beer | 1,860.52 |
| Wine | 54.25 |
| Non-Alcoholic | 670.72 |
| **Total Inventory** | 21,564.75 |
| **Total Other Current Assets** | 33,783.81 |
| **Total Current Assets** | 40,690.70 |
| **Fixed Assets** | |
| Land Improvements | 15,113.00 |
| Leasehold Impovements-New Bldg | 59,962.00 |
| Equipment | 93,315.60 |
| Accumulated Depr. | -101,971.00 |
| Goodwill | 71,655.00 |
| Accumulated Amort. | -44,983.00 |
| **Total Fixed Assets** | 93,091.60 |
| **TOTAL ASSETS** | **133,782.30** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Capital Stock | 500.00 |
| Distribution-Bobby Hamill | -3,000.00 |
| Distributions- John Molinari | -3,000.00 |
| Opening Bal Equity | 4,330.00 |
| Retained Earnings | 143,431.71 |
| Net Income | -8,479.41 |
| **Total Equity** | 133,782.30 |
| **TOTAL LIABILITIES & EQUITY** | **133,782.30** |