**Fill in this information to identify the case:**

Debtor name    **Jobo's, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **15-73919-jrs**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 21, 2016**         X **/s/ Robert Wayne Hamill, Jr.**
                                            Signature of individual signing on behalf of debtor

                                            **Robert Wayne Hamill, Jr.**
                                            Printed name

                                            **C.E.O.**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Jobo's, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)      **15-73919-jrs**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................    $     **56,690.70**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $     **56,690.70**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................    $        **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.....................................................    $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................    +$    **622,648.69**

4.  Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b      $     **622,648.69**

**Fill in this information to identify the case:**

Debtor name   **Jobo's, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   **15-73919-jrs**

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **checking account**<br>**Last 4 digits of Acc# : 5429**<br>**Regions Bank (12/31/2015 balance is scheduled)** | checking account | 5429 | **$6,906.89** |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **ATM deposit (12/31/2015 balance is scheduled)** | **$8,782.31** |
| 4.2. | **credit cards on hand** | **$3,436.75** |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$19,125.95**

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Jobo's, Inc.** | Case number *(If known)* **15-73919-jrs** |
|---|---|---|
| | Name | |

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies inventory (liquor, beer, wine)** | 12/24/2015 | $0.00 | | $21,564.75 |

23. **Total of Part 5.**                                                                      $21,564.75

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **Jobo's, Inc.**
Name

Case number *(If known)* **15-73919-jrs**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** miscellaneous office furniture | $0.00 | Liquidation | $500.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** office equipment | $0.00 | | $500.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$1,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** equipment, furnishings, and fixtures | $0.00 | | $15,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$15,000.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | **Jobo's, Inc.** | Case number *(If known)* **15-73919-jrs** |
|---|---|---|
| | Name | |

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Jobo's, Inc.**
_____    Case number *(If known)* **15-73919-jrs**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,125.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $21,564.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $56,690.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $56,690.70 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Jobo's, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)  **15-73919-jrs**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Jobo's, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **15-73919-jrs**

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**2043 Cheshire Bridge, LLC**<br>**Robert Hamill**<br>**2043 Cheshire Bridge Road**<br>**Atlanta, GA 30324** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  premises lease arrearage (Sept. - Dec. 2015 @ $6,000 monthly) | **$24,000.00** |
|---|---|---|---|
|  | Date or dates debt was incurred _____<br><br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>■ No<br>☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Adam M. Paul**<br>**c/o James Robert Fletcher Esq.**<br>**8565 Dunwoody Pl Bldg 15 Ste B**<br>**Atlanta, GA 30350** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Fair Labor Standards Act claim | **$28,275.00** |
|---|---|---|---|
|  | Date or dates debt was incurred _____<br><br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>■ No<br>☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,880.00** |
|---|---|---|---|

Debtor    **Jobo's, Inc.**
_____
Name

Case number (if known)    **15-73919-jrs**
_____

**Albert E. Barnes, III**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Charles Allen**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:    **$10,603.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Zak**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:    **$4,948.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Cody Shuler**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:    **$7,105.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor    **Jobo's, Inc.**
_____
Name

Case number (if known)    **15-73919-jrs**
_____

| 3.7 | | | |

**Nonpriority creditor's name and mailing address**
**Gary Drews**
**c/o Matthew Herrington, Esq.**
**Suite 3100; 101 Marietta St.**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:                    **$91,917.03**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    _____

☐ Yes

---

| 3.8 | | | |

**Nonpriority creditor's name and mailing address**
**Irving A. Flores Fuentes**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:                    **$23,925.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    _____

☐ Yes

---

| 3.9 | | | |

**Nonpriority creditor's name and mailing address**
**Jacob M. Aberle**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:                    **$11,165.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    _____

☐ Yes

---

| 3.10 | | | |

**Nonpriority creditor's name and mailing address**
**James D. Pelsue**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:                    **$19,615.78**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    _____

☐ Yes

---

| Debtor | Jobo's, Inc. | Case number (if known) | 15-73919-jrs |
|---|---|---|---|
| | Name | | |

---

**3.11**

**Nonpriority creditor's name and mailing address**
Jeffrey E. Hafer
c/o James Robert Fletcher Esq.
8565 Dunwoody Pl Bldg 15 Ste B
Atlanta, GA 30350

**As of the petition filing date, the claim is:**           **$2,881.88**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Fair Labor Standards Act claim

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**
Jeffrey Goggans
c/o James Robert Fletcher Esq.
8565 Dunwoody Pl Bldg 15 Ste B
Atlanta, GA 30350

**As of the petition filing date, the claim is:**           **$8,120.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Fair Labor Standards Act claim

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**
Jeremy D. Sheffield
c/o James Robert Fletcher Esq.
8565 Dunwoody Pl Bldg 15 Ste B
Atlanta, GA 30350

**As of the petition filing date, the claim is:**           **$23,335.94**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Fair Labor Standards Act claim

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
Jeremy T. Morgan
c/o James Robert Fletcher Esq.
8565 Dunwoody Pl Bldg 15 Ste B
Atlanta, GA 30350

**As of the petition filing date, the claim is:**           **$3,620.47**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Fair Labor Standards Act claim

---

Debtor    **Jobo's, Inc.**
_____
Name

Case number (if known)    **15-73919-jrs**
_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,111.25 |

**Jeremy T. Stubbs**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,175.00 |

**John W. Tucker**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,794.38 |

**Joshua Kroswek**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,700.00 |

**Michael C. Fitzgerald**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Jobo's, Inc.**
Name

Case number (if known)    **15-73919-jrs**

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,940.00 |
|------|---|---|---|

**Omar A. McLean**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $108,740.32 |
|------|---|---|---|

**Richard Martin**
**c/o Matthew Herrington, Esq.**
**Suite 3100; 101 Marietta St.**
**Atlanta, GA 30303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,140.38 |
|------|---|---|---|

**Smith, Collins & Fletcher P.A.**
**James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **attorney fee award in the Charles
Allen, et al Fair Labor Standards
Act litigation**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,655.00 |
|------|---|---|---|

---

Debtor    **Jobo's, Inc.**
_____
Name

Case number (if known)    **15-73919-jrs**
_____

**Thomas L. Ray**
**c/o James Robert Fletcher Esq.**
**8565 Dunwoody Pl Bldg 15 Ste B**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Fair Labor Standards Act claim**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.23 | | | |

**Nonpriority creditor's name and mailing address**
**Wimberly, Lawson, et al**
**James Larry Stine, Esq.**
**3400 Peachtree Rd NE; Ste 400**
**Atlanta, GA 30326-1107**

As of the petition filing date, the claim is:    **$100,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **attorney fees**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

**List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 622,648.69 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 622,648.69 |

**Fill in this information to identify the case:**

Debtor name __**Jobo's, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION__

Case number (if known) __**15-73919-jrs**__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement dated 03/15/2013** | |
|  State the term remaining | **terminates 03/15/2023** | |
|  List the contract number of any government contract | | **2043 Cheshire Bridge, LLC**<br>**Robert Hamill**<br>**2043 Cheshire Bridge Road**<br>**Atlanta, GA 30324** |

**Fill in this information to identify the case:**

Debtor name __**Jobo's, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION__

Case number (if known) __**15-73919-jrs**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **John Joseph Molinari** | **2755 Frontier Trail Atlanta, GA 30341** | **Gary Drews** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.2 | **John Joseph Molinari** | **2755 Frontier Trail Atlanta, GA 30341** | **Richard Martin** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.3 | **John Joseph Molinari** | **2755 Frontier Trail Atlanta, GA 30341** | **Charles Allen** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.4 | **John Joseph Molinari** | **2755 Frontier Trail Atlanta, GA 30341** | **Wimberly, Lawson, et al** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.5 | **John Joseph Molinari** | **2755 Frontier Trail Atlanta, GA 30341** | **Michael C. Fitzgerald** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.6 | **John Joseph Molinari** | **2755 Frontier Trail Atlanta, GA 30341** | **Albert E. Barnes, III** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |

Debtor    **Jobo's, Inc.**

Case number *(if known)*    **15-73919-jrs**

---

█    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Joshua Kroswek | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.8 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Thomas L. Ray | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.9 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Cody Shuler | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.10 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Christopher Zak | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.11 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | John W. Tucker | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.12 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Jacob M. Aberle | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.13 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Jeremy D. Sheffield | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.14 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Jeffrey E. Hafer | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.15 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Irving A. Flores Fuentes | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |

---

Debtor    **Jobo's, Inc.**

Case number *(if known)*    **15-73919-jrs**

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.16 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Omar A. McLean | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.17 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Adam M. Paul | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.18 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | James D. Pelsue | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.19 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Jeremy T. Morgan | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.20 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Jeremy T. Stubbs | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.21 | John Joseph Molinari | 2755 Frontier Trail Atlanta, GA 30341 | Smith, Collins & Fletcher P.A. | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.22 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Gary Drews | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.23 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Richard Martin | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.24 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Charles Allen | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

---

Debtor    **Jobo's, Inc.**    Case number *(if known)*    **15-73919-jrs**

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules *that apply:* |
|---|---|---|---|---|
| 2.25 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Wimberly, Lawson, et al | ☐ D _____ <br> ■ E/F __3.23__ <br> ☐ G _____ |
| 2.26 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Michael C. Fitzgerald | ☐ D _____ <br> ■ E/F __3.18__ <br> ☐ G _____ |
| 2.27 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Albert E. Barnes, III | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.28 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Jeffrey Goggans | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.29 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Joshua Kroswek | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.30 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Thomas L. Ray | ☐ D _____ <br> ■ E/F __3.22__ <br> ☐ G _____ |
| 2.31 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Cody Shuler | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.32 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | Christopher Zak | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.33 | Robert Wayne Hamill, Jr. | 2136 Lenox Road Atlanta, GA 30324 | John W. Tucker | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |

---

Debtor    **Jobo's, Inc.**                                              Case number *(if known)*    **15-73919-jrs**

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.34 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Jacob M. Aberle** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.35 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Jeremy D. Sheffield** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.36 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Jeffrey E. Hafer** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.37 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Irving A. Flores Fuentes** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.38 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Omar A. McLean** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.39 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Adam M. Paul** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.40 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **James D. Pelsue** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.41 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Jeremy T. Morgan** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.42 | **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Jeremy T. Stubbs** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |

---

| Debtor | **Jobo's, Inc.** | Case number *(if known)* | **15-73919-jrs** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.43  **Robert Wayne Hamill, Jr.** | **2136 Lenox Road Atlanta, GA 30324** | **Smith, Collins & Fletcher P.A.** | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Jobo's, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **15-73919-jrs**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$609,208.29** |
| **For prior year:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$671,208.00** |
| **For year before that:**<br>From  **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$762,812.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Jobo's, Inc. | Case number *(if known)* | 15-73919-jrs |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **Charles Allen individually and on behalf of all others similarly situated who consent to their inclusion in a collective action vs. Robert Hamill, John Molinari d/b/a BJ Roosters, and Jobo's, Inc., d/b/a BJ Roosters** **1:13-cv-03768-RWS** | **Fair Labor Standards Act claims** | **U.S. District Court, NDGA, Atlanta** **2211 United States Courthouse** **75 Ted Turner Drive, SW** **Atlanta, GA 30303** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. **Gary Drews vs. Jobo's, Inc., d/b/a BJ Roosters, Robert Hamill, and John Molinari** **1:14-cv-03774-ODE** | **Fair Labor Standards Act claims** | **U.S. District Court, NDGA, Atlanta** **2211 United States Courthouse** **75 Ted Turner Drive, SW** **Atlanta, GA 30303** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **Richard Martin vs. Jobo's, Inc., d/b/a BJ Roosters, Robert Hamill, and John Molinari** **1:13-cv-04242-RWS** | **Fair Labor Standards Act claims** | **U.S. District Court, NDGA, Atlanta** **2211 United States Courthouse** **75 Ted Turner Drive, SW** **Atlanta, GA 30303** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    Jobo's, Inc.    Case number *(if known)*  15-73919-jrs

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Peachtree Recovery, Inc., successor in interest to Wells Fargo Bank, NA, Plaintiff, vs. Lance B. Mardis, Defendant, and Jobo's Inc. dba BJ's Roasters** 15GC005659 | garnishment | **Magistrate Court of Fulton County, GA** 185 Central Avenue, SW Atlanta, GA 30303 | ■ Pending □ On appeal □ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Paul Reece Marr, P.C. Suite 960 300 Galleria Parkway, N.W. Atlanta, GA 30339 Atlanta, GA 30339** | **$11,717.00 ($10,000.00 retainer + $1,717.00 Petition filing fee)** | **11/24/2015** | **$11,717.00** |
| Email or website address **paul@paulmarr.com** | | | |
| Who made the payment, if not debtor? | | | |

Debtor    Jobo's, Inc.                                          Case number (if known)  15-73919-jrs

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

---

Debtor    **Jobo's, Inc.**                                    Case number *(if known)*  **15-73919-jrs**

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Jobo's, Inc. | Case number *(if known)* 15-73919-jrs |
|---|---|---|

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Sheila Yarbrough<br>Warner Enterprises, Inc.<br>5485 Bridle Path<br>Douglasville, GA 30135** | |
| 26a.2.    **Leslie Benish<br>Jobo's, Inc. dba BJ Roosters<br>2043 Cheshire Bridge Road, NE<br>Atlanta, GA 30324** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Sheila Yarbrough<br>Warner Enterprises, Inc.<br>5485 Bridle Path<br>Douglasville, GA 30135** | **Sheila Yarbrough has prepared financial statements for the debtor but has not conducted an audit of the debtor's books and records** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    Jobo's, Inc.                                                                              Case number *(if known)*  **15-73919-jrs**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Leslie Benish**<br>**Jobo's, Inc. dba BJ Roosters**<br>**2043 Cheshire Bridge Road, NE**<br>**Atlanta, GA 30324** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

       ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Wayne Hamill, Jr. | 2136 Lenox Road<br>Atlanta, GA 30324 | Chief Executive Officer, Secretary, and shareholder | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Joseph Molinari | 2755 Frontier Trail<br>Atlanta, GA 30341 | Chief Financial Officer and shareholder | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Robert Wayne Hamill, Jr.**<br>**2136 Lenox Road**<br>**Atlanta, GA 30324** | **$31,000.00** | **2015** | **compensation** |
| **Relationship to debtor**<br>**officer and shareholder** | | | |

Debtor    Jobo's, Inc.                                                                 Case number *(if known)*  **15-73919-jrs**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **John Joseph Molinari**<br>**2755 Frontier Trail**<br>**Atlanta, GA 30341** | **$31,000.00** | **2015** | **compensation** |
| | **Relationship to debtor**<br>**officer and shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 21, 2016**

**/s/ Robert Wayne Hamill, Jr.**                          **Robert Wayne Hamill, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **C.E.O.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Wayne Hamill, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION |
| Case number | **15-73919-jrs** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $                0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $            56,690.70 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $            56,690.70 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $                0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $            622,648.69 |
| **Your total liabilities** | $            622,648.69 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $                N/A |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................ | $                N/A |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Jobo's, Inc.**

Case number *(if known)*    **15-73919-jrs**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re    __Jobo's, Inc._____      Case No.    __15-73919-jrs_____

                                       Debtor(s)      Chapter    __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **John Molinari**<br>**2755 Frontier Trail**<br>**Atlanta, GA 30341** | | **50%** | **common** |
| **Robert Hamill**<br>**2136 Lenox Road**<br>**Atlanta, GA 30324** | | **50%** | **common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **C.E.O.** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __January 21, 2016_____      Signature    __/s/ Robert Wayne Hamill, Jr._____
                                                     **Robert Wayne Hamill, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
In re:                      :   Chapter 11 – Judge Sacca
                            :
JOBO'S, INC.;               :   Case No. 15-73919
ROBERT WAYNE HAMILL, JR.; and :  Case No. 15-73920
JOHN JOSEPH MOLINARI;       :   Case No. 15-73922
                            :
      Debtors.              :   Jointly Administered Under
                            :   Case No. 15-73919
_____:
```

CERTIFICATE OF SERVICE

I, Paul Reece Marr, certify that I am over the age of 18 and that on the below referenced date I served a copy of the attached *JOBO'S, INC. STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES,* and *LIST OF EQUITY SECURITY HOLDERS* by electronic transmission and by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

Thomas Wayne Dworschak
Office of the U. S. Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Thomas.W.Dworschak@usdoj.gov

This the 21st day of January, 2016.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Paul Reece Marr, P.C.
300 Galleria Parkway
Suite 900
Atlanta, Georgia 30339
770-984-2255