

**IT IS ORDERED as set forth below:**

**Date: October 13, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
In re:                                 :    Chapter 11 – Judge Sacca
                                       :
JOBO'S, INC.;                          :    Case No. 15-73919
ROBERT WAYNE HAMILL, JR.; and          :    Case No. 15-73920
JOHN JOSEPH MOLINARI;                  :    Case No. 15-73922
                                       :
     Debtors.                          :    Jointly Administered Under
                                       :    Case No. 15-73919
_____:
```

ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME
FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, FOR FILING
OBJECTIONS TO THE DISCLOSURE STATEMENT AND FOR FILING OBJECTIONS
TO THE CONFIRMATION OF PLAN, FIXING DATES FOR HEARING ON FINAL
APPROVAL OF DISCLOSURE STATEMENT IF A TIMELY OBJECTION IS FILED
AND FOR CONFIRMATION HEARING, AND EXTENDING THE DEADLINE FOR
CONFIRMATION OF DEBTOR'S PLAN, COMBINED WITH NOTICE THEREOF,
REGARDING JOBO'S, INC.

These Chapter 11 cases are small business cases as defined in 11 U.S.C. § 101(51D) and as provided for in 11 U.S.C. § 1129(e). On October 10, 2016, Jobo's, Inc. ("Debtor") filed its Disclosure Statement and Plan of Reorganization (Docket No. 89). On October 11, 2016, Debtor filed its Motion To Extend Time For Confirmation Of Plan Of Reorganization Pursuant To 11 U.S.C. §

1121(e)(3) (Docket No. 92) ("Motion To Extend Time"). The Disclosure Statement, Plan of Reorganization, and Motion To Extend Time are available for review in the office of the Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 3030330161-3187 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users). Alternatively, creditors may obtain a copy of the Disclosure Statement, Plan of Reorganization, and Motion To Extend Time by contacting Debtor's counsel: Paul Reece Marr, Esq.; Paul Reece Marr, P.C.; Suite 960; 300 Galleria Parkway, N.W.; Atlanta; Georgia 30339; (770) 984-2255; paul@paulmarr.com

It having been conditionally determined that the Disclosure Statement contains adequate information, it is

**ORDERED, AND NOTICE IS HEREBY GIVEN** that:

A. The Disclosure Statement is conditionally approved pursuant to Bankruptcy Rule 3017.1.

B. **November 22, 2016** is fixed as the last day for filing written acceptances or rejections of Debtor's Plan Of Reorganization. All such acceptances or rejections must be made on the Ballot form conforming to Official Form 14. In addition all ballots must be filed with:

Clerk, U. S. Bankruptcy Court
Room 1340
75 Ted Turner Drive, S.W.
Atlanta Georgia 30303

And a copy mailed to:

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway, N.W.
Atlanta, Georgia 30339

C. **November 22, 2016** is fixed as the last day for filing and serving written objections to (a) the Disclosure Statement pursuant to Rules 3017.1 and 3020(b)(2) of the Federal Rules of Bankruptcy Procedure, or (b) confirmation of the Plan Of Reorganization pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure.  Any such written objection must be filed with the Clerk (address above) and a copy mailed to Debtor's attorney Paul Reece Marr, Esq. (address above).

D. A hearing will be held in Courtroom 1404, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at **1:30 P. M.** on **November 29, 2016** to consider any objections to the Disclosure Statement and to consider confirmation of the Plan Of Reorganization.

E. The time within which Debtor's proposed Plan Of Reorganization may be confirmed is extended through and including **December 29, 2016.**

F. Debtor's counsel is directed to serve a copy of this Order, the Disclosure Statement, the Plan Of Reorganization, and a Ballot conforming to Official Form 14, which shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee as provided in Rules 3017(d) and 3017.1 of the Federal Rules of Bankruptcy Procedure within three (3) business days of the date of entry of this Order and Notice, and file a Certificate of Service within three (3) business days of mailing.

G. At least three (3) days prior to the scheduled hearing on confirmation of the Plan Of Reorganization, Debtor's counsel shall file a summary of voting indicating all ballots cast and the resulting vote for each class designated in the Plan.

END OF DOCUMENT

Prepared and Submitted By,
PAUL REECE MARR, P.C.
Counsel for Debtors


<u>/s/ Paul Reece Marr</u>
Paul Reece Marr, Esq.
GA Bar # 471230
300 Galleria Parkway, N.W.
Suite 960
Atlanta, Georgia 30339
(770) 984-2255

4

DISTRIBUTION LIST

    Pursuant to Local Rule 9013-2(b) for the United States Bankruptcy Court, Northern District of Georgia, following is a list of all parties to be served with a copy of this Order:

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
300 Galleria Parkway
Suite 960
Atlanta, GA 30339

Thomas Wayne Dworschak
Office of the U. S. Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303